IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

KALESHIA MCINTOSH, *ex rel.*                                                                                PLAINTIFFS
S. A. O., a minor

V.                                                       CIVIL ACTION NO. 1:18-CV-57-SA-RP

SHAUNA R. ASHLEY;
CITY OF OKOLONA; and
JOHN DOES 1-10                                                                         DEFENDANTS

AGREED ORDER OF DISMISSAL

THIS CAUSE having come before this Court on motion of the parties *ore tenus* to dismiss the Plaintiffs' cause of action *with prejudice*, and this Court, having considered the same and being fully advised in the premises and it appearing that this cause has been resolved between the parties, with the Plaintiffs agreeing to satisfy and extinguish any claims or liens arising out of or related to their claims and with the Defendants denying any and all liability in the premises, is of the opinion that said motion is well taken and should be, and the same is hereby, GRANTED.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is hereby, dismissed *with prejudice*, with all parties to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 2nd day of May, 2019.

                                                                          /s/ Sharion Aycock
                                                                          UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED:

*s/*Thomas Cooley
THOMAS O. COOLEY - MS BAR #103991
Attorney for Plaintiffs

*s/*Tiffany N. Carey
TIFFANY N. CAREY - MS BAR #105550
Attorney for Defendants